**WRIGHT** Flood

*We are flood.*

October 30th, 2023

Seasons at Naples Cay
Condo Assoc Inc
81 Seagate Dr Apt 3000
Naples, FL 34103-2487

RE:    Insured:          Seasons at Naples Cay Condo Assoc Inc
        Claim Number:    220006586
        Loss Date:        09/28/2022
        Policy number:    09 1150214861 12
        Loss Location:    81 Seagate Dr, Naples FL 34103

Dear Policyholder:

We have received and reviewed the adjuster's report regarding the flood claim that was reported on your Standard Flood Insurance Policy (SFIP).

| Coverage Type | Amount | Deductible |
|---|---|---|
| Building Coverage | $13,250,000.00 | $1,250.00 |
| Personal Property Coverage | $   100,000.00 | $1,250.00 |

The adjuster's report includes an estimate for covered flood damage under your policy. Based on the information received, payment has been issued in the amount of $162,926.79 under Building Coverage after application of your $2,000.00 deductible.

The adjuster's inspection found damages to property not insured by the SFIP. These were identified by the inspecting licensed adjuster as follows:

*"A denial is recommended for the temporary toilet charges (four toilets for two months), Temporary hand washing station, Commercial Supervision / Project Management charges, labor minimums, permit fees, plastic bag fees, and PPE. A denial is recommended for the elevator inspection and repairs. All items installed below the BFE have PFE restrictions. Charges are from KONE Care. A denial is recommended for the garage door replacement/repairs in the PFE elevation area. A denial is recommended for the final cleaning charges. A denial is recommended for the rewire electrical line item. An itemized invoice has not been received for this line item and all affected outlets and switches were included in the original claim. The invoiced charge is a Xactimate rewire charge per square foot and most of this electrical was above the water line besides the outlets and switches already documented with the original claim. A denial is recommended for the drying allowances in the open air PFE elevation area. These charges include the equipment set-up and take down efforts for the drying equipment. A denial is recommended for the landscape lighting and any lights above the water line. A denial is recommended for the phone systems damaged by power surge issues in the PFE elevation."*

The adjuster's inspection confirms the building is a post-FIRM elevated building in zone AE. The SFIP limits coverage to the area below the first elevated floor as defined in the policy section III. Property Insured, Coverage A – Building Property, 8. The adjuster's findings noted damages located in the area below the first elevated floor, including but not limited to those items identified above and detailed in the adjuster's report. Based on the information we have received, the SFIP does not provide coverage for these items as they are located below the first elevated floor.

**Coverages Below First Elevated Floor:**

    II.        **DEFINITIONS**

# EXHIBIT "2"

16. Elevated Building. A building that has no basement and that has its lowest elevated floor raised above ground level by foundation walls, shear walls, posts, piers, pilings, or columns.

24. Post-FIRM Building. A building for which construction or substantial improvement occurred after December 31, 1974, or on or after the effective date of an initial Flood Insurance Rate Map (FIRM), whichever is later.

### III. PROPERTY INSURED

### A. COVERAGE A - BUILDING PROPERTY

We insure against direct physical loss by or from flood to:

8. Items of property in a building enclosure below the lowest elevated floor of an elevated post-FIRM building located in Zones A1-A30, AE, AH, AR, AR/A, AR/AE, AR/AH, AR/A1-A30, V1-V30, or VE, or in a basement, regardless of the zone. Coverage is limited to the following:

   a. Any of the following items, if installed in their functioning locations and, if necessary for operation, connected to a power source:

      (1) Central air conditioners;
      (2) Cisterns and the water in them;
      (3) Drywall for walls and ceilings in a basement and the cost of labor to nail it, unfinished and unfloated and not taped, to the framing;
      (4) Electrical junction and circuit breaker boxes;
      (5) Electrical outlets and switches;
      (6) Elevators, dumbwaiters, and related equipment, except for related equipment installed below the base flood elevation after September 30, 1987;
      (7) Fuel tanks and the fuel in them;
      (8) Furnaces and hot water heaters;
      (9) Heat pumps;
      (10) Nonflammable insulation in a basement;
      (11) Pumps and tanks used in solar energy systems;
      (12) Stairways and staircases attached to the building, not separated from it by elevated walkways;
      (13) Sump pumps;
      (14) Water softeners and the chemicals in them, water filters, and faucets installed as an integral part of the plumbing system;
      (15) Well water tanks and pumps;
      (16) Required utility connections for any items in this list; and
      (17) Footings, foundations, posts, pilings, piers, or other foundation walls and anchorage systems required to support a building.

   b. Clean-up.

### B. COVERAGE B – PERSONAL PROPERTY

5. Coverage for items of property below the lowest elevated floor of an elevated post-FIRM building located in Zones A1-A30, AE, AH, AR, AR/A, AR/AE, AR/AH, AR/A1-A30, V1-V30, or VE, or in a basement, regardless of the zone, is limited to the following items, if installed in their functioning locations and, if necessary for operation, connected to a power source:

   a. Air conditioning units, portable or window type;
   b. Clothes washers and dryers; and
   c. Food freezers, other than walk-in, and food in any freezer.

A digital copy of your Standard Flood Insurance Policy – Dwelling Form can be accessed at:

https://www.fema.gov/sites/default/files/documents/fema_F-122-Dwelling-SFIP_2021.pdf



You have provided us with a copy of the mitigation company's estimate to clean, treat, and dry-out the building. The SFIP covers these post-loss clean-up activities provided the clean-up involves covered property, and the costs associated with clean-up are reasonable and customary to the loss, location, and industry standards. The SFIP agrees to pay the policyholder for direct physical loss by or from flood to the covered property.

The mitigation company's estimate you provided includes non-covered items under the SFIP. The following are charges not accepted:

**Ancillary Charges** - Ancillary charges are duplicative, they are not reasonable and customary to the loss and industry standard. They do not constitute direct physical loss to insured property and are not compensable.
- Personal Protection Clothing
- Gloves
- Tools
- HEPA filters
- Supervisor fees
- Temporary toilets
- Permit fees

**Dry-out**
- Excessive dry-out equipment and days - equipment based on FEMA's structural drying guidance of no more than three days
- Dry-out equipment cost before tear out of wet material.

**Overhead and Profit**
- FEMA's structural drying guidance states contractor's overhead and profit is applicable only when the contractor supervised personnel at the project site, and the contractor submitted a properly, completed drying logs.

Please see the policy language, which states in part:
II.   DEFINITIONS

   14.   Direct Physical Loss By or From Flood.  Loss or damage to insured property, directly caused by a flood. There must be evidence of physical changes to the property.

You can reference the FEMA Structural Drying Guidance Bulletin W-13025a at
https://nfipservices.floodsmart.gov/sites/default/files/w-13025a.pdf.

If you have any additional information or documents that you'd like us to consider, please contact our office and we'll review the additional information you provide. You can e-mail any documentation to our office at Floodclaims@weareflood.com, please be sure to include your claim number.

If you disagree with our decision, you have the option to appeal our decision directly with FEMA (Federal Emergency Management Agency).  If you wish to submit an appeal to FEMA, you must file your appeal within sixty (60) days of the date of this letter, explain the issue(s), include a copy of this letter, and provide any supporting documentation. To expedite filing an appeal for FEMA's review, you can now submit your appeal through email by emailing: FEMA-NFIP-Appeals@fema.dhs.gov. We have also attached a copy of a FEMA's Policyholder Rights document that helps explain your options and provides additional explanation.

Wright National Flood Insurance Company does not intend to waive or relinquish any of the rights, privileges, or defenses under the SFIP and governing Federal Law.

If you have any questions concerning this matter, please contact our office.
Sincerely,

Jonathan Hardy
Claims Department
Wright National Flood Insurance Company
(800) 725-9472 ext. 7745



CC: Agent (239)261-3646
GULFSHORE INSURANCE
4100 GOODLETTE RD N
NAPLES FL 34103-3373



# Policyholder Rights
## You have options if your flood insurer denies your claim

We understand that the claims process is not always an easy one, but we are here to support you. If you do not agree with your insurer's decision to deny your claim and you receive a full or partial claim denial letter from your insurer, you have several options:



**Work with your insurer.** We encourage you to first talk to your adjuster or insurer for any specific questions about your claim. Your adjuster can answer general questions and assist you in proving your loss Your insurer can address specific questions and make final decisions about your claim. If you need to correct or add to any previously submitted proof of loss, you can submit an amended proof of loss directly to your insurer. You must sign and swear to an amended proof of loss and include documentation to support your loss and the dollar amount requested.



**File an appeal.** You may file a flood insurance appeal directly to us at FEMA, the Federal agency that oversees the National Flood Insurance Program (NFIP). On appeal, FEMA will work with you and your insurer to gather the claim facts, review the applicable guidance, policy terms and conditions, and provide an appeal decision that explains why FEMA is upholding or overturning the decision.
- To file an appeal, you must explain the issue(s) in writing, include a copy of the denial letter from your insurer, and provide any supporting documentation.
- There is no fee to file an appeal and you do not need a third party to represent you. If you have a third party represent you, FEMA will not pay for any costs incurred for representation. By law, FEMA cannot discuss your claim with a third-party representative unless you provide certain information in writing. Please see "Authorize Someone Else to Represent You" at https://www.fema.gov/flood-claim-appeals-and-guidance for additional information.
- You must file your appeal within 60 days of the date of the insurer's denial letter by sending it to FEMA, 400 C Street SW, 3rd Floor SW, Washington, D.C. 20472-3010, or FEMA-NFIP-Appeals@fema.dhs.gov. **FEMA will receive and begin processing emailed appeals more quickly than those sent via U.S. mail or express carrier.** Please note that due to cybersecurity requirements, FEMA cannot access file sharing sites, CDs, DVDs, or any electronic storage devices.
- If you appeal, you can later choose to file suit against your insurer as long as you are still within the one-year timeframe available to file suit, but you can no longer seek appraisal.



**File a lawsuit.** Federal law permits you to file suit in the Federal District Court where the damage occurred within one year of when your insurer first denied all or part of your claim.
- You must file suit against your insurer. If the NFIP Direct is your insurer, you may file suit against FEMA. For all other flood insurers, you may not file suit against FEMA.
- Filing an appeal does not extend the one-year timeframe to file suit against your insurer.
- Prior to or after filing a lawsuit, you may want to invoke the appraisal provision of the Standard Flood Insurance Policy. Appraisal is a viable alternative to a lawsuit when the only dispute between you and your insurer involves the price to be paid for a covered flood-damaged item.
- After filing an appeal to FEMA, you may still file suit against your insurer, but once you initiate litigation you can no longer file an appeal.

*Additional Information.* For more information about the flood insurance claims process, please see the NFIP Flood Claims Process Fact Sheet or the NFIP Flood Insurance Claims Handbook both found electronically on FEMA.gov.

