# GARFINKEL LAW

300 N. Maitland Avenue  Tel (407) 539-3900
Maitland, FL 32751  Fax (407) 386-8485

Karen M. Marcell, Esq.
karen@garfinkel.law
lisa@garfinkel.law

December 21, 2023

*VIA ELECTRONIC MAIL*

FEMA-NFIP-Appeals@fema.dhs.gov
FEMA
400 C Street SW
6th Floor SW
Washington, D.C. 20472-3010

floodclaims@wareflood.com
jonathan.hardy@wareflood.com
kjz.flood@gmail.com
Wright National Flood Insurance Company
P.O. Box 33064
St. Petersburg, FL 33733

### APPEAL OF DENIAL LETTER DATED OCTOBER 30, 2023

| | | |
|---|---|---|
| **Insured** | : | The Seasons at Naples Cay Condominium Association, Inc. |
| **Date of Loss** | : | 09/28/2022 |
| **Policy No.** | : | 091150214861 12 |
| **Claim No.** | : | 220006586 |
| **Location** | : | 81 Seagate Dr., Naples, FL 34103 |

Dear Sir or Madam:

Our firm represents The Seasons at Naples Cay Condominium Association, Inc., in regards to property damages sustained as a result of Hurricane Ian on or about September 28-29, 2022. We look forward to working with you towards a proper adjustment of this claim.

We are in receipt of the letter from Wright National Flood Insurance Company dated October 30, 2023, indicating that the flood claim for date of loss 9/28/22 was denied in part. The letter stated that payment had been issued in the amount of $162,926.79, which does not cover the damages in full, sustained as a result of flood.

Contents of the affected areas were destroyed. The subject property had to undergo substantial remediation. The remediation of the subject property should be covered. Damages due to flooding should also be covered. In addition, the insured was informed by the field adjuster that an exactimate estimate would be needed, which required the insured to engage the services of

Maitland/Orlando | *Ft. Lauderdale  www.garfinkel.law
*By appointment only

**EXHIBIT "3"**

WriteLoss, who was able to perform the required estimate. The fees charged by WriteLoss to fulfill the field adjuster's requirements should be fully reimbursable.

The insured appeals this denial as they suffered flood as a result of the hurricane, and sustained damage to their buildings, as indicated in the attached WrightLoss Estimate and All Clear Restoration & Remediation, LLC invoices, and additional invoices provided by the insured.

Furthermore, FEMA extended deadlines for proof of claims until 1 year from the date of the loss. The insured timely placed the carrier on notice of the claim, and the insured provided building estimates and invoices for flood damages to the subject property.

It appears that the letter dated October 30, 2023 was sent in error for the reasons listed above; however, out of an abundance of caution, we are moving forward with an appeal.

At this time the following documentation, all of which has previously been provided to the field adjuster, is enclosed to support the claim and overcome the denial:

- Demand Letter, dated June 21, 2023
- Letter of Representation, dated May 25, 2023
- Revised Letter of Representation, dated September 27, 2023
- Denial Letter, dated October 30, 2023
- WriteLoss Building Estimate & Photos
- All Clear Restoration & Remediation, LLC invoices and supporting documentation
- Environmental Management & Consulting, LLC invoice
- Environmental Management & Consulting, LLC Site Assessment Clearance Report
- Environmental Management & Consulting, LLC Moisture Assessment Workplan Report
- Environmental Management & Consulting, LLC Project Production Report
- Kone Care Estimate
- Additional invoices and receipts from insured
- Summary of Wind Damage Expenses

We reserve the right to supplement this letter with additional documentation should it become available.

Should you have any questions or concerns, please do not hesitate to contact our office.

                                      Sincerely,

                                      *Karen M. Marcell*

                                    Karen M. Marcell, Partner